# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOYCE E. HANDS,

        Petitioner

v.

PHILADELPHIA HOUSING AUTHORITY,

        Respondent

No. 92 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Leave to File Addendum are **DENIED**.